# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 11, 2014

## NO. 03-10-00348-CR

**Michael Cooper, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 299TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE JONES, JUSTICES GOODWIN AND FIELD
## AFFIRMED IN PART; VACATED IN PART ON REMAND --
## OPINION BY CHIEF JUSTICE JONES

This is an appeal from the judgments of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the trial court's judgments of conviction as to Counts II and IV. Therefore, the Court vacates the trial court's judgments of conviction for aggravated robbery in Counts II and IV and affirms the trial court's judgments of conviction for aggravated robbery as to Counts I, III, and VII. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.